FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STANTON M. BUCH; SHARON A. STINUS,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-Appellee. | No. 16-35287<br><br>D.C. No. 3:15-cv-00136-HRH<br>District of Alaska, Anchorage<br><br>ORDER |

This case shall be submitted on the briefs and record, without oral argument, on August 17, 2017, in Anchorage, Alaska, pursuant to Federal Rule of Appellate Procedure 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7