# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 20, 2017

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Stanton M. Buch, et al.
         v. United States
         No. 17-744
         (Your No. 16-35287)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 14, 2017 and placed on the docket November 20, 2017 as No. 17-744.

         Sincerely,

         **Scott S. Harris**, Clerk

         by

         Jacob C. Travers
         Case Analyst